USA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN ALAN FORD. <br><br> Defendant. | Case No.: 20MJ3761 <br><br> **COMPLAINT FOR VIOLATION OF** <br><br> Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape Federal Custody (Felony) |

The undersigned complainant being duly sworn states:

On or about August 25, 2020, within the Southern District of California, defendant Christian Alan Ford, did escape from an institution and facility in which he was confined by direction of the Attorney General, or his authorized representative, by willfully failing to remain within the extended limits of his confinement, to wit: Ocean View CoreCivic, located at 551 South 35th Street, San Diego, California, said custody and confinement being by virtue of his felony conviction for Importation of a Controlled Substance, Methamphetamine, in violation of Title 21, United States Code, Section(s) 952 and 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

FREDRICK G. LOZIER
Deputy U.S. Marshal
U.S. Marshals Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __3__ day of September, 2020

*William V. Gallo*
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Fredrick G. Lozier, being duly sworn, hereby depose and say;

I am currently employed as a Deputy United States Marshal (DUSM), and have been so employed for approximately eighteen years (6) months.

On August 25, 2020, I was assigned to investigate the escape and current whereabouts of Christian Alan FORD. FORD was placed in escape status while at Core Civic, located at 551 South 35th St. San Diego, California, 92113. Following my assignment to this case, I have reviewed records maintained by the Core Civic, the Bureau of Prisons, United States District Court, and the United States Marshals Service for relevant information and documents which provided the following facts:

FORD received a sentence of 42 months custody and 5 years supervised release from U.S. District Court Judge Janice Sammartino, in the Southern District of California on December 7, 2018 for the Importation of Methamphetamine.

On July 14, 2020, FORD was transferred from SCP Sheridan to the Core Civic, Ocean View facility, to complete the remainder of his sentence. FORD was scheduled to be released on November 3rd, 2020.

On August 25th, 2020, at approximately 1255 hrs. FORD signed out to depart for an appointment at Dolan Mental Health at 955 Gateway center way, San Diego Ca. At approximately 1455hrs, Core Civic management received an email that FORD did not show for his appointment. FORD did not return to Core Civic located at 551 South 35th St. San Diego, California, 92113. Escape procedures were undertaken. At about August 25, 2020 at 1525 hrs. FORD was officially placed on escape status.

FORD remains a fugitive at large as his current whereabouts are unknown.

Dated: August 27, 2020.

Fredrick G. Lozier
Deputy U.S. Marshal